**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-1274**

In re:  RAYMOND EDWARD CHESTNUT, a/k/a Snoop, a/k/a Ray,

Petitioner.

On Petition for Writ of Mandamus.  (4:05-cr-01044-RBH-1)

Submitted:  March 23, 2022                    Decided:  March 28, 2022

Before WYNN and THACKER, Circuit Judges, and SHEDD, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Raymond Edward Chestnut, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Edward Chestnut petitions for a writ of mandamus, alleging that the district court has unduly delayed scheduling a final supervised release revocation hearing. He seeks an order from this court directing the district court to act. Our review of the record reveals that, after Chestnut filed his mandamus petition, the district court scheduled the final supervised release revocation hearing and then Chestnut filed a counseled consent motion to continue the hearing, which the district court granted. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*